IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00103–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHNSON KENNETH TAYLOR,

    Defendant.

---

**ORDER**

---

    The following procedural orders are hereby entered in this case:

    1.    Pursuant to D.C.COLO.LCrR 50.1, and with the approval of Chief Judge Lewis Babcock, this case is hereby transferred for all further proceedings to The Honorable James A. Parker, Senior United States District Judge for the District of New Mexico, setting by designation.

    2.    All dates and deadlines heretofore set by Judge Nottingham, including the trial date of Monday, January 30, 2006, are hereby vacated.

    3.    Judge Parker will, however, hold a status and scheduling conference in the case, commencing at 11:00 o'clock a.m. on Monday, January 30, 2006, at the United States

Courthouse, 103 Sheppard Drive, Suite 202, Durango, Colorado 81303.  All counsel and defendant shall be present.

    SO ORDERED.

    Dated this 25th day of January, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge