FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**BEFORE THE HONORABLE JAMES A. PARKER**

**Jury Selection** will be held at the La Plata County Courthouse
**DURANGO, COLORADO**
**Trial** will be held at 103 Sheppard Drive, Room 235
**DURANGO, COLORADO**

BY DIRECTION OF THE HONORABLE JAMES A. PARKER, the following criminal case will come on for <u>JURY SELECTION AND TRIAL ON MONDAY, MARCH 27, 2006, AT 8:30 A.M. IN DURANGO.</u>

PROPOSED VOIR DIRE QUESTIONS TO THE JURY, JURY INSTRUCTIONS, and MOTIONS IN LIMINE ARE DUE ON MONDAY, MARCH 20, 2006. Please refer to the enclosed page for trial guidelines for Judge Parker.

Please mark and list your exhibits **BEFORE YOUR TRIAL COMMENCES**. Plaintiffs' exhibits are to be marked numerically, and defendants' exhibits are to be marked alphabetically.

Inquiries and notice of change of plea should be directed to Cynthia Blumenthal, Courtroom Deputy at (505) 348-2230.

THE COURT MUST BE ADVISED OF A PLEA AGREEMENT <u>NOT LATER THAN NOON ON WEDNESDAY, MARCH 22, 2006. THE COURT WILL NOT ACCEPT A PLEA AFTER THAT DATE EXCEPT TO AT LEAST ONE COUNT OF THE INDICTMENT.</u>

**THIS COPY OF THE COURT CALENDAR SERVES AS YOUR NOTICE OF HEARING.**

I hereby certify that a copy of this calendar was served--via facsimile transmission, mail, or electronic means--to counsel of record as they are shown on the Court's docket.

Cynthia Blumenthal, Courtroom Deputy

**05cr103JP   USA v. Johnson Kenneth Taylor**

Attorney for USA - Suneeta Hazra

Attorneys for defendant - William L. Herringer
                          David H. Greenberg

PAGE TWO
JURY SELECTION & TRIAL
BEFORE JUDGE PARKER
ON 3-27-06 IN DURANGO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TO:   TRIAL COUNSEL AND/OR PRO SE LITIGANTS

RE:   TRIALS BEFORE THE HONORABLE JAMES A. PARKER

1. In civil cases, the marking, exchanging and objecting to exhibits in advance of trial is governed by the pre-trial order. In criminal cases, exhibits must be marked and shown to opposing counsel at least two days prior to jury selection. Any objections to any exhibits will be addressed prior to jury selection. The marking of exhibits and hearings on objections to exhibits must not occur in the presence of the jury. Witness lists and exhibit list must be filed with the Clerk's Office and a copy submitted to the Judge's office at least five days prior to jury selection.

2. Stand when questioning witnesses, objecting or addressing the court. (Persons with physical disabilities are excused from this requirement.)

3. Stand behind the podium while examining witnesses unless permitted by the court to leave the podium.

4. Before examining a witness about documentary exhibits, have photocopies of the exhibits at the podium and place all of the original documentary exhibits, stacked in the order they will be discussed, on the witness stand.

5. State every objection concisely and identify the rule of evidence on which it is based. Do not argue the objection or with the ruling of the court in the presence of the jury. Do not make motions (e.g., a motion for mistrial)in the presence of the jury. Motions may be made either at a bench conference or during the first recess without waiving any rights by delay.

6. Face the witness and not the judge or the jury while questioning a witness.

7. Anticipated evidentiary problems must be called to the attention of the court sufficiently in advance of the day during which the problems will arise to permit the court time to conduct a hearing prior to the scheduled beginning time of that day's session.

**PAGE THREE**
**JURY SELECTION & TRIAL**
**BEFORE JUDGE PARKER**
**ON 2-13-06 IN DURANGO**

8. **JURY INSTRUCTIONS.** <u>Standard</u> instructions; e.g. introductory and those relating to burden of proof, credibility issues and duties of jurors, etc., must not be submitted. (The Court has a set of standard instructions based upon the Tenth Circuit pattern criminal jury instructions.) Counsel must meet and confer and make a good faith effort to agree on all <u>non-standard</u> instructions; e.g. elements of the alleged offense, special defenses, etc. The parties must jointly submit one set of agreed upon non-standard instructions. Requested instructions to which the parties cannot agree must be submitted separately by each party.

The originals of the agreed set and of the requested instructions must contain citations at the bottom (See Fig. 1) and must be submitted to the Clerk for filing.

<u>Submit to Judge Parker's office:</u>

One exact electronic copy of the instructions that are filed with the Clerk, showing a heading and citations at the bottom (Fig. 1); and Instead of submitting a computer disk, counsel should make arrangements to submit the instructions by e-mail.

**SAMPLE INSTRUCTION**

> (Pltf's) or (Deft's)
> REQUESTED
> INSTRUCTION NO. 1
>
> You have now heard all of the evidence in the case as well as the final arguments of the lawyers for the parties
> It becomes my duty, therefore, to instruct you on the rules of law that you must follow and apply in arriving at your decision in the case.
> In any jury trial ....
>
> *Smith v. Jones*, 1 F3d 1

Fig. 1