IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-CR-00103 JAP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNSON KENNETH TAYLOR,

    Defendant.

## ORDER

In preparation for trial, the parties should file lists of trial witnesses and lists of trial exhibits. In addition, counsel should label their exhibits (Plaintiff United States of America by number; Defendant Johnson Kenneth Taylor by alphabetical letters) and make their exhibits available for review by opposing counsel by March 22, 2006. Objections to any exhibits must be filed by Friday, March 24, 2006 and must identify the Federal Rule of Evidence upon which an objection is made.

IT IS THEREFORE ORDERED THAT:

1. Each party must file its list of trial witnesses by March 22, 2006;

2. Each party must file its list of trial exhibits by March 22, 2006 and make the properly-labeled exhibits available for inspection by opposing counsel by that date; and

3. Any objections to a party's exhibits must be filed by March 24, 2006.

SENIOR UNITED STATES DISTRICT JUDGE

3-17-06