IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-CR-00103 JAP

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOHNSON KENNETH TAYLOR,

     Defendant.

## ORDER

On January 30, 2006, the Court held a hearing on Plaintiff's Notice of Intention to Use Evidence (Doc. No. 55). Having considered the arguments of counsel, the Court makes the following ruling.

IT IS ORDERED THAT the government may not introduce in its case-in-chief under FED. R. EVID. 404(b) evidence of the Defendant's prior acts as identified in Plaintiff's Notice of Intention to Use Evidence (Doc. No. 55), but if appropriate, the government may be allowed to use the evidence for impeachment purposes.

SENIOR UNITED STATES DISTRICT JUDGE

3-17-06