# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 05-cr-00103 JAP

UNITED STATES OF AMERICA,        Plaintiff,

v.

JOHNSON KENNETH TAYLOR,        Defendant.

## ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

### ORDER ENTERED BY HONORABLE JAMES A PARKER:

The Defendant has filed an Application for Writ of Habeas Corpus ad Testificandum, setting forth the fact that ISAAC HEADMAN has been transported from the Southern Ute Detention Center and is presently in custody at the La Plata County Jail, and the fact that he is to be delivered to the United States District Court, 103 Sheppard Drive, Durango, Colorado, to testify at a Jury Trial on March 29, 2006 at 8:30 a.m., until his testimony is concluded, in the above-mentioned case.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus ad Testificandum issue out of the United States District Court, District of Colorado, directed to the United States Marshal, commanding them to have the body of said ISAAC HEADMAN transported from the La Plata County Jail, 742 Turner Drive, Durango, Colorado, to the United States District Court, 103 Sheppard Drive,

1

Durango, Colorado, to testify at the Jury Trial of the above-captioned matter on behalf of Defendant Johnson Kenneth Taylor on Wednesday, March 29, 2006 at 8:30 a.m., and to remain until his testimony is concluded, and after completion of his testimony, then return ISAAC HEADMAN to the place of incarceration, the La Plata County Jail, 742 Turner Drive, Durango, Colorado under safe and secure conduct, and have you then and there this writ.

BY THE COURT

*[signature]*

James A. Parker, Judge
United States District Court