# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 05-cr-00103 JAP

UNITED STATES OF AMERICA,        Plaintiff,

v.

JOHNSON KENNETH TAYLOR,         Defendant.

---

## ORDER REGARDING DEFENDANT'S EXPEDITED MOTION FOR PERMISSION TO ATTEND A PRIVATE VIEWING OF HIS FATHER, JOHNSON KENNETH TAYLOR, SR., DECEASED

---

**THIS COURT**, having reviewed Defendant's Expedited Motion for Permission to Attend a Private Viewing of his deceased father, Johnson Kenneth Taylor, Sr., and being otherwise fully advised in the premises herein, hereby orders that

(___) Defendant's Motion is granted under the following terms and conditions:

1. Mr. Taylor will, at all times, be properly restrained consistent with the current procedures.

2. The United States Marshall will limit the attendance at the private viewing of Johnson Kenneth Taylor, Sr., to Mr. Taylor, the transporting deputy and the funeral director only.

3. Mr. Taylor's private viewing will not exceed ~~two (2)~~ one (1) hours and the

United States Marshall may terminate the visit at any time if conditions indicate a security issue which would threaten the custody of Mr. Taylor or the safety of the public or the United States Marshall.

4. Mr. Taylor, his family, Mr. Taylor's attorneys, nor any person acting on Mr. Taylor's behalf will receive advance notice concerning the date or time of the private viewing.

5. A minimum of two (2) deputies will be used when producing Mr. Taylor for a private viewing and the United States Marshall will augment the detail with any additional United States Marshall as necessary to ensure adequate security.

DONE and DATED this 1st day of ~~August~~ September, 2006.

BY THE COURT:

_____
The Honorable ~~James A. Parker~~ DAVID L. WEST
MAGISTRATE
United States District Court Judge

2